IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE FOX GARCIA                                                                                   PETITIONER

v.                                          5:06CV00231 WRW

LARRY NORRIS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jessie Fox Garcia is DISMISSED. Petitioner's Motion for Hearing is also DENIED. Judgment will be entered for respondent Larry Norris.

Also pending is Petitioner's Counsel's Motion to Withdraw (Doc. No. 18). The Motion is GRANTED. The Clerk of the Court is directed to remove Mr. Benjamin Hooten as counsel of record.

IT IS SO ORDERED this 4th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE