IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE FOX GARCIA                                                                                       PETITIONER

v.                                            5:06CV00231 WRW

LARRY NORRIS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 4th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE